IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JOSIAH NEGLEY,<br><br>Defendant. | CASE NO. 8:19CR-237<br><br>SUBMISSION OF THE<br>DETERMINATION OF DETENTION<br>OR RELEASE |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____     7-13-20
Defendant                                          Date

_____     7-17-20
Attorney for Defendant                   Date

ORDER

IT IS ORDERED that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

Date and Time: 07/22/2020, 11:10 am

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge