IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR237 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSIAH NEGLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant Josiah Negley's unopposed Motion to Continue Trial [188]. Counsel requests additional time to conclude plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [188] is granted, as follows:

1. The jury trial, now set for May 31, 2021, is continued to **June 27, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **June 27, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.

4. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **May 26, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

DATED: May 23, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge