## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR237 |
| vs. | ) | |
| JOSIAH NEGLEY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant, Josiah Negley's unopposed Motion to Continue Trial [192]. A telephone conference with counsel for the parties was held before Magistrate Judge Michael D. Nelson. Counsel informed the court they do not anticipate requesting further continuances but that additional time is necessary to finalize change of plea paperwork. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [192] is granted, as follows:

1. The jury trial, now set for June 27, 2021, is continued to **August 22, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **August 22, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: June 22, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge