IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSIAH NEGLEY,<br><br>    Defendant. | 8:19CR237<br><br>ORDER |

  This matter is before the Court on defendant Josiah Negley's ("Negley") Motion to Extend Time to Report to Bureau of Prisons (Filing No. 247). The government does not object to the extension. After considering the matter, the Court will grant the motion. No further extensions will be granted.

  IT IS ORDERED that Negley's motion is granted, and his self-surrender date is extended to **Friday, March 10, 2023**. Negley shall surrender for service of sentence at the institution designed by the Bureau of Prisons (Oxford, WI).

  Dated this 19th day of January, 2023.

                BY THE COURT:


                Robert F. Rossiter, Jr.
                Chief United States District Judge